UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORGE PRECISION COMPANY,

         Plaintiff,                       CIVIL ACTION NO. 05 CV 71829 DT

      v.                           DISTRICT JUDGE GERALD E. ROSEN

DANA CORPORATION,         MAGISTRATE JUDGE VIRGINIA MORGAN

         Defendant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY

This matter is before the court on Plaintiff's Motion to Compel Discovery filed June 27, 2005 (D/E 5). A hearing on the motion was scheduled before the magistrate judge on August 17, 2005. Defense counsel appeared, but plaintiff's counsel was not present in court. Defense counsel tried to confirm the motion hearing, but was unable to reach plaintiff's counsel.

IT IS ORDERED that plaintiff's motion IS DENIED without prejudice.

                       s/Virginia M. Morgan
                      VIRGINIA M. MORGAN
                      UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2005

---

**Proof of Service**

The undersigned certifies that a copy of the foregoing order was served on the attorneys of record by electronic means or U.S. Mail on August 18, 2005.

                s/Jennifer Hernandez
                Case Manager to
                Magistrate Judge Morgan